IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

LORI GOODMAN,

           Plaintiff,

v.　　　　　　　　　　　　　　　　　　　CIVIL ACTION NO.　3:16-5953

UNITED STATES OF AMERICA,

           Defendant.

### JUDGMENT ORDER

In accordance with the accompanying order and the Court's July 12, 2019 Memorandum Opinion and Order, (ECF No. 133), the Court **ORDERS** that judgment be entered in favor of the plaintiff in the total amount of $355,359.43 and that this case be dismissed and stricken from the docket of this Court.

The Court **DIRECTS** the Clerk to send a certified copy of this Order to all counsel of record, and any unrepresented parties.

           ENTER:　　　August 6, 2019

           _____
           ROBERT C. CHAMBERS
           UNITED STATES DISTRICT JUDGE