## IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
### AT HUNTINGTON

LORI GOODMAN,

      Plaintiff,

v.

                                     Civil Action No. 3:16-cv-05953
                                     Judge Robert C. Chambers

UNITED STATES OF AMERICA,

      Defendant.

### AGREED ORDER OF DISMISSAL

COME NOW plaintiff, Lori Goodman Hart, by counsel, and defendant United States of America, by counsel, and do hereby represent to the Court that this case has been fully compromised and settled and should be dismissed with prejudice and with each party bearing their own respective costs and attorney's fees.

NOW, THEREFORE, based upon representations of counsel, the Court does hereby **ORDER** that this case be **DISMISSED** with prejudice, and with each party bearing their own respective costs and attorneys' fees.

The Court further **ORDERS** that a certified copy of this Order be sent to counsel of record.

ENTERED: This _9_ day of ___Dec___, 2019.

_____
ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE

**THIS ORDER PREPARED BY:**


**s/Fred B. Westfall, Jr.**
FRED B. WESTFALL, JR. (W.Va. Bar No. 3992)
Assistant United States Attorney
Counsel for the United States of America


**SEEN AND APPROVED BY:**

**s/Debra A. Nelson**
DEBRA A. NELSON (W.Va. Bar No. 6644)
Debra A. Nelson
The Nelson Law Firm, LLC
P. O. Box 1137
Cincinnati, OH 45202
Counsel For Plaintiff

2