IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

LORI GOODMAN,

    Plaintiff,

v.                                    CIVIL ACTION NO. 3:16-cv-05953

UNITED STATES OF AMERICA,

    Defendant.

### CLERK'S ORDER WITHDRAWING TAXATION OF COSTS

Pursuant to the *Agreed Order of Dismissal* (ECF # 149) entered by the Court on December 19, 2019, wherein parties mutually agreed to bear their own respective costs and attorneys' fees, the *Costs Taxed by the Clerk* (ECF #151), filed January 13, 2020, is **WITHDRAWN**.

DATED: March 2, 2020

                                                      Rory L. Perry II
                                                      CLERK OF COURT